THE RECTOR, CHURCH-WARDENS AND VESTRYMEN OF THE CHURCH OF THE REDEMPTION, Respondent, v. THE RECTOR, CHURCH-WARDENS AND VESTRYMEN OF GRACE CHURCH, Appellant.

(Argued May 3, 1882; decided May 30, 1882.)

THIS case on a former appeal is reported in 68 N. Y. 570.
Under the decision there rendered, and as provided in the *remittitur*, an accounting was had as to the personalty to which it was held plaintiff was entitled.

The court here say that all the questions of law involved were determined upon the former appeal, and there was evidence sufficient to sustain the findings of fact, and the court concur in the opinion of General Term in reference thereto.

*Aaron J. Vanderpoel* for appellant.

*C. E. Tracy* for respondent.

*Per Curiam* opinion for affirmance.
All concur, except MILLER and TRACY, JJ., absent
Judgment affirmed.